USDC SCAN INDEX SHEET











DOE

MUNICIPAL COURT

ELC   2/12/98   9:00

3:98-CV-00272

*1*

*PWRITHC.*

john Doe
_____
NAME

~~Petitioner is not in Prison~~
_____

PRISON NUMBER

Petitioner is in Constructive Custody
_____

PLACE OF CONFINEMENT
_____

ADDRESS
_____

FILED

FEB 11 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

# United States District Court
## Southern District Of California

john Doe
_____
(FULL NAME OF PETITIONER)

                    **Petitioner**

                v.

MUNICIPAL COURT OF CALIFORNIA,
SAN DIEGO JUDICIAL DISTRICT
_____
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER)

                    **Respondent**

        and

The Attorney General of the State of
California, Additional Respondent.

Civil No. _____ '98 CV 0272 JM
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of court which entered the judgment of conviction under attack _____

   MUNICIPAL COURT OF CALIFORNIA, SAN DIEGO JUDICIAL DISTRICT
   _____

2. Date of judgment of conviction ___September 30, 1997_____

3. Length of sentence ___Petitioner is sceduled to be sentenced  February 17, 1998.___

4. Nature of offense involved (all counts) <u>California Penal Code section 647k</u>

_____

_____

5. What was your plea? (CHECK ONE)
   (a)  Not guilty          ☐
   (b)  Guilty              ☐
   (c)  Nolo contenders     ☒
   It you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   indictment, give details: _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a)  Jury        ☐
   (b)  Judge only  ☐

7. Did you testify at the trial?
   ☐ Yes  ☐ No

8. Did you appeal from the judgment of conviction?
   ☐ Yes  ☒ No

9. If you did appeal, answer the following:

   (a)  Name of court _____

   (b)  Result _____

   (c)  Date of result and citation, if known _____

   (d)  Grounds raised _____

   _____

   (e)  It you sought further review or the decision on appeal by a higher state court, please
        answer the following:

        (1)  Name of court _____

        (2)  Result _____

        (3)  Date of result and citation, if known _____

        (4)  Grounds raised _____

(f)  If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1)  Name of court _____

(2)  Result _____

(3)  Date of result and citation, if known _____

(4)  Grounds raised _____

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
☐ Yes   ☒ No

11.  If your answer to 10 was "Yes," give the following information:

(a)(1) Name of court _____

(2)  Nature of proceeding _____
_____

(3)  Grounds raised _____
_____
_____
_____
_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes   ☐ No

(5)  Result _____

(6)  Date of result _____

(b)  As to any second petition, application or motion give the same information:

(1)  Name of court _____

(2)  Nature of proceeding _____

CIV 68 (Rev. 6/96)

-3-

K:\COMMON\FORMS\CIV-68.

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☐ No

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to the highest state court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.          ☐ Yes  ☐ No
(2) Second petition, etc.        ☐ Yes  ☐ No

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: Petitioner would have been sentenced and served custody by the time an appeal would have been commenced and concluded.

Petitioner's request for existing counsel to withdraw for an attorney

who may pursue a writ as to the denial of petitioner's motion to

withdraw his plea was denied.  Therefore, petitioner's only remedy

, absent an appeal, is to pursue his writ in Federal Court.

Please note, that petitioner's existing attorney is unwilling to file

writ since he has no education or experience in that field.

_____

_____

_____

_____

12. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting same. CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. Moreover, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.**

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them.  However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts.  The Court will return the petition to you if you merely check (a) through (j) or any one of these grounds.

- (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
- (b) Conviction obtained by use of coerced confession.
- (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
- (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
- (e) Conviction obtained by a violation of the privilege against self-incrimination.
- (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- (g) Conviction obtained by a violation of the protection against double jeopardy.
- (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
- (i) Denial of effective assistance of counsel.
- (j) Denial of right of appeal.

A. Ground one: _____ PLEASE SEE ATTACHED _____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____

B. Ground two: _____ PLEASE SEE ATTACHED _____
_____
_____

Supporting FACTS (state *briefly* without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

C. Ground three: _____ PLEASE SEE ATTACHED _____

_____

_____

Supporting **FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D. Ground four: _____

_____

_____

Supporting **FACTS** (state *briefly* without citing cases or law): _____

_____

_____

John Doe

## ATTACHEMENT TO WRIT OF HABEUS CORPUS
## UNDER 28 U.S.C. 2254

**A. Ground one (1):     PLEA OF GUILTY THAT WAS UNLAWFULLY INDUCED OR NOT MADE INVOLUNTARILY WITH THE UNDERSTANDING OF THE DIRECT CONSEQUENCES OF THE PLEA.**

On September 10, 1997 petitioner was engaged in trial. Petitioner's court appointed attorney (Rey Karamati) made a motion to withdraw from the case. The motion was granted and petitioner was not appointed another attorney when the prosecution made a motion to remand petitioner to custody after being on his own recognizance (O.R.) for three (3) months. The prosecutor offered no proof as to petitioner being a (1) flight risk or (2) public safety danger. The judge remanded petitioner to custody on $50,000 bond. Petitioner was in a holding tank in custody on September 30, 1997 when his new court appointed attorney (William Burgener) told him that he would be released on O.R. if he plead guilty to the allegation charged. After further discussion as to validity of such a plea, petitioner signed a blank plea change of form without any discussion as to the direct consequences of said plea.

Specifically, petitioner was not advised that (1) he may be required to register as a sex offender pursuant; (2) he would give up his constitutional rights to be free from unlawful search and seizure; (3) he may be required to not possess any weapons, thus restricting his right to partake in a militia; (4) freedom of association may be restricted; (5) he may still be revoked on his probation; (6) he may face additional jail time, and (7) the terms and conditions of probation were not fully explained to him.

Inasmuch, petitioner's attorney failed to investigate his client's medical defense as to the use of prescription medication (SEE declaration) that would negate the specific intent necessary to convict petitioner since the crime alleged is a specific intent crime. Accordingly, exculpatory evidence exists for the petitioner, but was never utilized by his attorney.

Furthermore, petitioner's attorney coerced him into pleading guilty due to his failure to fully investigate any feasible defenses. Therefore, petitioner was not aware of the restrictions and direct consequences he would face when he plead nolo-contndere or that exculpatory evidence was available potentially precluding conviction.

**B. Ground two (2):     PROTECTION AGAINST DOUBLE JEOPARDY**

On or about September 10, 1997, petitioner's court appointed attorney (Rey Karamati) made a motion to withdraw due his inability to proceed with trial. The judge allowed petitioner's attorney to withdraw with out appointing a new attorney to petitioner. Since petitioner was not appointed another attorney he unable to make an intelligent decision as to the effects of going through another trial. Therefore, petitioner was not fully informed as to the effect of consenting to a miss-trial and has now been prosecuted in the second instance for the same allegation.

**C. Ground three (3):**  **DENIAL OF EFFECTIVE ASSIATANCE OF COUNSEL**

On or about September 30, 1997, petitioner's attorney (William Burgener) failed to investigate petitioner's use of medication as a defense of the alleged specific intent crime. Under the law the use of medication may preclude conviction of specific intent crimes. Petitioner's attorney did not conduct any form of investigation into petitioner's viable medical defense, thus exculpatory evidence was precluded by the petitioner.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

Petitioner's attorney's Rey Karamati and William Bugener were ineffective

in properly representing petitioner, thereby vital issues were not raised

and both of the foregoing attorney's were dismissed per Mardsen motions.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
☐ Yes  ☒ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing ____Allegation is a misdemeanor and does not require a
preliminary hearing._____

(b) At arraignment and plea ___NONE._____

(c) At trial _____Rey Karamati. William Burgener was appointed after
Mr. Karamati was dismissed as petitioner's attorney._____

(d) At sentencing _Brian P. Funk was appointed to file a motion to withdraw___
petitioner's plea._____

(e)  On appeal ___NONE.___

(f) In any post-conviction proceeding ___NONE.___

(g)  On appeal from any adverse ruling in a post-conviction proceeding ___NONE.___

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

(b)  Give date and length of the above sentence: _____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes  ☐ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

___2/11/98___
(DATE)

CIV 68 (Rev. 6/96)                    -9-                    K:\COMMON\FORMS\CIV-68.

## DECLARATION OF DR. HENRY CHAKER

John Doe hereby declares the following:

1.    My name is John Doe and am a resident of the County of San Diego,
      State of California.

2.    I am over eighteen years of age.

3.    My experience within the practice of medicine includes approximately
      thirty (30) years in the States of California and Arizona. Additionally, I
      have reached the rank of Lieutenant Colonel and Flight Surgeon in the
      United States Air Force.

4.    I am aware of the surrounding circumstances as it pertains to my nephew
      John Doe and his former attorney of record William Burgener's failure to
      investigate a defense prior to entering a plea of nolo contendere.

5.    I am aware that Attorney Burgener did not feel that the effects of the
      prescription medications Vicodin and Motrin, when taken by John Doe on
      the day the alleged crime occurred, were severe enough to warrant them
      being utilized as a medical defense to the specific intent crime of
      violating Penal Code section 647k.

6.    Mixing a narcotic and an anti-inflammatory medication will certainly
      result in a powerful synergistic effect that will suppress the Central
      Nervous System (CNS) faculties and cause a serious impairment of
      comprehension, and decision making due to the numbing of the brain.

7.  I feel that Attorney Burgener's failure to raise this as a defense to the alleged accusation was flawed, since John Doe was unable to form the prerequisite specific intent to said accusation whereas he was under the influence of the foregoing medication on the day the alleged accusation was committed.

8.  If called to testify I would testify to the foregoing paragraphs enumerated one (1) through seven (7).

Signed under declaration of penalty and perjury I declare the foregoing is true and correct.


Signed this____9____day of February 1998                JOHN DOE
                                                        _____

JS-44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| *JOHN DOE* | PEOPLE OF THE STATE OF CALIFORNIA |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   SAN DIEGO<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   SAN DIEGO<br>(IN U.S. PLAINTIFF CASES ONLY)<br><br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED<br><br>**FILED**<br>**FEB 11 1998**<br>**CLERK, U.S. DISTRICT COURT**<br>**SOUTHERN DISTRICT OF CALIFORNIA**<br>BY _____ DEPUTY |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN)<br>DISTRICT ATTORNEY<br>CITY ATTORNEY |

| II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)<br>(For Diversity Cases Only) | | |
|---|---|---|---|
| | | PT DEF | PT DEF |
| ☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State   ☐1 ☐1 | Incorporated or Principal Place of Business in This State | ☐4 ☐4 |
| ☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State   ☐2 ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 ☐5 |
| | Citizen or Subject of a Foreign Country   ☐3 ☐3 | Foreign Nation | ☐6 ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

28:2254   '98 cv 0272 JM   (POR)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 130 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | |

| VI. ORIGIN (PLACE AN X IN ONE BOX ONLY) |
|---|
| ☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | Docket Number |
|---|---|---|

SIGNATURE OF ATTORNEY OF RECORD