USDC SCAN INDEX SHEET



DOE

MUNICIPAL COURT

CAG    2/19/98    14:57
3:98-CV-00272
*3*
*CLKJGM.*

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 19 1998
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOHN DOE

V.

MUNICIPAL COURT OF CALIFORNIA, SAN DIEGO JUDICIAL DISTRICT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 98-272JM(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Court dismisses this case without prejudice to filing of a new habeas corpus action after available state judicial remedies are exhausted. Petitioner is advised that once he has exhausted his state court remedies, he should start over by filing a completely new habeas petition in this Court because this case is dismissed and therefore, the docket number is closed. The Clerk shall close the file.

| | |
|---|---|
| February 19, 1998 | Roberta Westdal |
| Date | Clerk |

CA Gunier
(By) Deputy Clerk

ENTERED ON February 19, 1998