# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Jeffrey T Miller

| FROM: S. Yeager, Deputy Clerk | RECEIVED DATE: November 24, 2021 |
|---|---|
| CASE NO. 98-cv-00272-JM-POR | DOC FILED BY: John Doe |
| CASE TITLE: Chaker v. Municipal Court, et al | |
| DOCUMENT ENTITLED: Application to File Under Seal; Motion for Reconsideration | |

Upon the submission of the attached document(s), the following discrepancies are noted:

LR 5 (1) (m) – All documents filed must be filed separately; multiple pleadings in one filing not proper;

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Out of an abundance of caution, the documents should be filed under seal.

Date Forwarded: December 3, 2021

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: December 9, 2021    CHAMBERS OF: The Honorable Jeffrey T Miller

cc: All Parties    By: Lc1