UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                            Plaintiff,<br><br>v.<br><br>SAN DIEGO MUNICIPAL COURT,<br><br>                            Defendant. | Case No.:  98cv272 JM(POR)<br><br>**ORDER ON APPLICATION TO FILE UNDER SEAL AND MOTION FOR JUDICIAL NOTICE** |

On October 26, 2021, this court granted-in-part and denied-in-part, Plaintiff's *ex-parte* request to seal record. (Doc. No. 7.) This court ordered the Clerk of Court to replace Plaintiff's name with "John Doe" on the docket and in all publicly and electronically available documents so as to conceal his true name.

Plaintiff proceeded to file additional motions to seal additional portions of the record, (Doc. No. 10) including the one currently before the court. (Doc. No. 14.) Now Plaintiff is asking that any handwriting of Plaintiff also be sealed and is again asking for the entire record to be sealed. Removing Plaintiff's handwriting is not justified as the redactions made to the public docket have achieved Plaintiff's objective. Finally, the court reiterates that sealing this entire case is not warranted, and that the steps it has taken to protect Plaintiff's privacy are more than sufficient. Therefore, Plaintiff is cautioned that any further requests to seal will be rejected by this court.

In accordance with the foregoing, Plaintiff's Application to File Under Seal (Doc. No. 13) the underlying application is **GRANTED**, and the Motion for Judicial Notice (Doc. No. 14) is **DENIED**.

Thereafter, the court directs the Clerk to re-close the case.

IT IS SO ORDERED.

Dated: February 10, 2022

Hon. Jeffrey T. Miller
United States District Judge